OPINION — AG — ** CONFLICT OF INTEREST — COUNTY COMMISSIONERS ** OPINIONS DEALS WITH THE ISSUE OF THE LEGALITY OF PURCHASES OF MERCHANDISE MADE BY COUNTY COMMISSIONERS FROM A BROTHER OF ONE OF THE COUNTY COMMISSIONERS . . . — THERE IS NO LEGAL INHIBITIONS AGAINST THESE PURCHASES IF THEY ARE LEGALLY DONE. CITE: 21 O.S. 355 [21-355], 62 O.S. 372 [62-372], OPINION NO. MAY 17, 1932 — HUFF, SEPTEMBER 30, 1931 (CHECK NEPOTISM LAWS 21 O.S. 481 [21-481] ET SEQ.) (J. H. JOHNSON)